UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NO. __03-11__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Judge __Janis Graham Jack__ |
| | Courtroom Deputy __Sondra Scotch__ |
| vs. | Court Recorder __Velma Gano__ |
| | Proceeding: __SRT - modification__ |
| **JAMES ROSS** | Date: __April 1, 2011__ |
| | Exhibit List of: |
| Page __1__ of __1__ Pages | Attorney: __Chris Jenkins__ |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | **Text Messages - 3 pages** | ✓ | ✓ | | **April 1, 2011** | |
| | | | | | | |
| | | | | | | |